UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>    v.<br>MARZEL PARKER,<br>          Defendant. | Case No. 3:18-mj-71029-MAG<br><br>**DETENTION ORDER** |

Defendant Marzel Parker is charged in a complaint with possession of a loaded firearm. He appeared before the Court for a detention hearing on August 9, 2018. Mr. Parker was represented by Kory DeClark and the government was represented by Scott Joiner. Pretrial services recommended Mr. Parker's detention. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions currently available will reasonably assure that Mr. Parker is not a danger to the community. In particular, while young, he has a long criminal history. Most concerning, in 2015 he was convicted of two violent felonies. The Court finds that one of the felonies resulted from his shooting a gun at people. He was released in 2017 and is currently on parole. Despite being on parole, there is probable cause to believe that on July 14, 2018 he possessed a loaded weapon while in a vehicle in a residential neighborhood in San Francisco. He is also under investigation for another shooting in October 2017. While he has not been charged, he was in the vicinity of the crime, although as defense counsel pointed out he lived near the area at the time. Putting aside the investigation, Mr. Parker's criminal history indicates that he does not comply with Court orders to obey the law. While the Court appreciates his mother's willingness to have him reside with her in Antioch, given that she works and cannot

supervise him for much of the time, and given that despite her best efforts and those of Mr. Parker's grandmother, Mr. Parker has continued to violate the law, the Court finds that Ms. Goodman serving as a custodian is not sufficient to assure the safety of the community. Accordingly, Mr. Parker is detained.

These findings are made without prejudice to Mr. Parker's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Parker is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant Parker be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge